618

No. 157. COLLINS *v.* FINLEY. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John W. Ray* for petitioner. *Messrs. Allan K. Perry* and *Charles L. Strouss* for respondent.

No. 159. HARRIS *v.* MISSOURI PACIFIC R. Co. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. H. G. Waltner, Jr.* and *Franklin E. Reagan* for petitioner. *Mr. Thomas J. Cole* for respondent.

No. 160. MORSE *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Claims denied. *Mr. L. L. Hamby* for petitioner. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.

No. 173. PENNROAD CORPORATION *v.* LADNER, FORMER COLLECTOR. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. George G. Chandler, Robert T. McCracken,* and *C. B. Heiserman* for petitioner. *Acting Solicitor General Townsend, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Paul S. McMahon,* and *Robert K. McConnaughey* for respondent.

No. 174. UNITED STATES EX REL. FINK *v.* REIMER, COMMISSIONER OF IMMIGRATION. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Benjamin*